Eastern District of Kentucky
FILED
FEB 2 2 2011
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE**

Civil Action No. 09-159-HRW

MICHAEL LUCAS,                                     PLAINTIFF,

v.                       <u>**JUDGMENT**</u>

**MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,**        **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

- A. pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
- B. the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
- C. this action is **STRICKEN** from the active docket of the Court.

This _16_ day of February, 2011.

_____
Henry R. Wilhoit, Jr., Senior Judge